IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In Re WILMINGTON TRUST CORPORATION ERISA LITIGATION | Civ. No. 10-01114-SLR<br><br>Hon. Sue L. Robinson<br><br>**ELECTRONICALLY FILED** |

## PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND FOR RELATED RELIEF

Plaintiffs file this Unopposed[1] Motion for Preliminary Approval of Class Action Settlement and related relief and respectfully move the Court for an Order:

(1) granting preliminary approval of the proposed Class Action Settlement Agreement (Exhibit 1 hereto) (the "Settlement Agreement");[2]

(2) preliminarily certifying the Settlement Class defined in the Settlement Agreement and below;

(3) approving the form and manner of providing notice of the proposed Settlement to the Settlement Class (the "Notice Plan"), and

(4) scheduling a final Fairness Hearing.

The grounds for this Motion are as follows:

The Settlement provides for the creation of a settlement fund in the amount of $3,000,000. If the Settlement is approved by the Court, the Class Settlement Amount, after such appropriate deductions as the Court may approve, will be distributed among proposed Settlement Class Members. The Settlement Class is defined as:

---

[1] The Parties conferred by telephone on June 24, 2014, and Defendants' Counsel agreed that Defendants would not oppose Plaintiffs' Motion.

[2] Capitalized terms used herein are defined in the contemporaneously filed Class Action Settlement Agreement (Exhibit 1 hereto).

> All Persons, other than Defendants, who were Participants in or Beneficiaries of the Wilmington Trust Thrift Savings Plan (the "Wilmington Trust Plan") at any time during the period from December 31, 2006 through and including May 13, 2011 and whose Wilmington Trust Plan accounts were invested in the Wilmington Trust Corporation Stock Fund ("Wilmington Trust Stock Fund") at any time during the period from December 31, 2006 through and including May 13, 2011.

The distribution would be in accordance with a Plan of Allocation designed to reimburse Settlement Class Members for at least some of the losses they incurred as a result of holding the Wilmington Trust Stock Fund in their Plan accounts between December 31, 2006 and May 13, 2011.

For the reasons set forth in greater detail in the accompanying Plaintiffs' Brief in Support of this Motion, Plaintiffs believe[3] that the proposed Settlement is within the range of reasonableness of what the Court may finally approve as fair, reasonable and adequate under Fed. R. Civ. P. 23(e).  The proposed Settlement Class also satisfies the requirements of Federal Rule of Civil Procedure 23(a) and (b)(1), thereby warranting preliminary certification of the Settlement Class for purposes of settlement.  The proposed Notice Plan, which consists essentially of an individual notice to be mailed to Settlement Class Members at their last known addresses and a one-time publication in a local newspaper, the News Journal (Wilmington), also satisfies the requirements of Rule 23 and due process and is consistent with that approved by courts and utilized in similar settled ERISA actions.  A form of [Proposed] Preliminary Approval Order is Exhibit A to the Settlement Agreement (Exhibit 1 hereto).  While not integral to this

---

[3] As the Court might expect, there are significant differences between the views of Plaintiffs and Defendants about the strengths and weaknesses of Plaintiffs' claims and Defendants' defenses to those claims, as well as significant differences concerning the amount of recoverable damages if Plaintiffs were to prevail.  The proposed Settlement reflects and represents a compromise of those differences.  This Unopposed Motion and Brief is filed only by Plaintiffs, and sets forth the views of Plaintiffs (only) about the strengths and weaknesses of the claims and defenses and the risks of further litigation.

Motion, for the convenience of the Court, the Plaintiffs respectfully suggest that the following would constitute a sensible schedule for further settlement-related proceedings in this case, assuming the Court were to enter the Preliminary Approval Order on or about August 1, 2014:

| Actions To Be Taken | Settlement Agreement Reference | Deadline | The Plaintiffs Propose | Preliminary Approval Order (Ex. A") Reference |
|---|---|---|---|---|
| Defendants serve Class Action Fairness Act ("CAFA") | § 2.1.4.1 | 10 days after filing of the Preliminary Approval Motion | August 11, 2014 | none |
| Escrow Account to be Established | § 7.1.1 | 10 business days after entry of the Preliminary Approval Order | August 15, 2014 | none |
| Escrow Account to be Funded | § 7.1.2 | 10 business days after notification of the Escrow Account's establishment | August 29, 2014 | none |
| Defendants' Counsel to provide names and last known addresses of Settlement Class Members | § 4.3.1 | 45 days after entry of Preliminary Approval Order | September 15, 2014 | none |
| Deadline to mail Class Notice | § 2.1.3 | To be set by the Court | October 1, 2014 | Ex. A, ¶6 |
| Publication Notice and Posting of Notice on Settlement Website | § 2.1.3 | To be set by the Court | October 10, 2014 | Ex. A, ¶6 |
| Deadline to file motion papers in support of Final Settlement approval and Attorneys' fees and expenses | none | To be set by the Court | October 10, 2014 | Ex. A, ¶¶7-8 |
| Deadline for Settlement Class Member Objections | none | To be set by the Court | November 3, 2014 | Ex. A, ¶9 |
| Deadline for Settlement Class Members to serve notice of intention to appear at Fairness Hearing | none | To be set by the Court | November 3, 2014 | Ex. A, ¶11 |
| Independent Fiduciary Report Due | § 2.4.1 | 7 business days before the Fairness Hearing | November 13, 2014 | none |
| Deadline for Class Counsel to respond to Settlement Class Member Objections or file additional briefs | none | 10 days before the Final Fairness Hearing | November 14, 2014 | Ex. A, ¶10 |
| Final Fairness Hearing | *passim* | To be set by the Court | November 24, 2014 | Exhibit A, ¶5 |

3

This Motion is based on (1) the Class Action Settlement Agreement (Exhibit 1 hereto), (2) the concurrently filed Plaintiffs' Brief in Support of this Motion, (3) the concurrently filed Joint Declaration of Interim Co-Lead Counsel for Plaintiffs and (4) all papers on file in this action.

Dated: July 11, 2014

Respectfully submitted,

**LAW OFFICES OF JOSEPH J. BODNAR**

*/s/ Joseph J. Bodnar*
Joseph J. Bodnar, Esq. (ID No. 2512)
P.O. Box 1022
Wilmington, DE 19899
Tel: (302) 449-4572
Email: jbodnar@bodnarlaw.net

*Interim Liaison Counsel*

Edwin J. Mills
Michael J. Klein
**STULL, STULL & BRODY**
6 East 45th Street
New York, NY 10017
Tel: (212) 687-7230
Fax: (212) 490-2022
Email: emills@ssbny.com
Email: mklein@ssbny.com

**GAINEY McKENNA & EGLESTON**
Gregory M. Egleston
440 Park Avenue South, 5th Floor
New York, NY 10016
Tel: (212) 983-1300
Fax: (212) 983-0383
Email: gegleston@gme-law.com

*Interim Co-Lead Counsel*

## **CERTIFICATE OF SERVICE**

I certify that, on July 11, 2014, I caused the foregoing Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, Preliminary Certification of Settlement Class, Approval of Class Notice, and Scheduling of a Final Approval Hearing to be filed with the Clerk of the Court via the CM/ECF system, which will deliver notification of filing to all counsel of record.

*/s/ Joseph J. Bodnar*
Joseph J. Bodnar